# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0910

_____

IFTIKHAR RASUL, M.D.,

    Petitioner,

v.

DEPARTMENT OF HEALTH,

    Respondent.

_____

Petition—Original Jurisdiction.


September 25, 2024


PER CURIAM.

This Court grants the petition for review of the emergency restriction order. *Renner v. Dep't of Health*, 355 So. 3d 552 (Fla. 1st DCA 2023). We set aside the emergency restriction order only to the extent it conflicts with this Court's order entered October 6, 2023, and remand to the Department for further proceedings.

B.L. THOMAS, RAY, and LONG, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

John Terrel and Rickey L. Strong, Howell, Buchan & Strong, Tallahassee, for Petitioner.

Sarah Young Hodges, Chief Appellate Counsel, Florida Department of Health, Tallahassee, for Respondent.